| | | | |
|---|---|---|---|
| | AUSA: Katharine Hemann | Telephone: | (989) 574-8638 |
| AO 91 (Rev. 11/11) Criminal Complaint | Special Agent: Joshua Paczok | Telephone: | (313) 919-1531 |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
   v.
Deontae Mayes

Case No.    1:23-mj-30440
Judge: Morris, Patricia T.
Filed: 10-31-2023

**CRIMINAL COMPLAINT**

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **October 31, 2023** in the county of **Saginaw** in the **Eastern** District of **Michigan**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C § 922(g) | Felon in Possession of a firearm |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Joshua Paczok, Special Agent  FBI
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: October 31, 2023

*Judge's signature*

City and state: Bay City, Michigan

Hon. Patricia T. Morris, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF
## A CRIMINAL COMPLAINT

I, Joshua Paczok, being first duly sworn, hereby depose and state as follows:

## EXECUTIVE SUMMARY

A search warrant authorizing agents to search for evidence of narcotics trafficking and the illegal possession of firearms was executed at the home of DEONTAE MAYES. A firearm was recovered from the room that MAYES was sleeping in during the search. DEONTAE MAYES has at least one prior felony conviction and is therefore prohibited from possessing firearms.

## INTRODUCTION AND BACKGROUND

1. I am an "investigative or law enforcement officer of the United States" within the meaning of Section 2510(7) of Title 18, United States Code, that is, I am authorized by law to conduct investigations of and to make arrests for offenses enumerated in Section 2516 of Title 18, United States Code.

2. The facts in this affidavit come from my personal observations, training, experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

3. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been since March 2018. I am currently assigned to the Mid-Michigan Safe Streets Task Force ("MMSSTF"). As such, I investigate violent individuals and

street gangs for various violations of federal law, including narcotics trafficking. Prior to working on the MMSSTF, I was assigned to the Detroit FBI Violent Gang Task Force ("VGTF"). As a Special Agent on the VGTF, I investigated criminal street gangs for various violations of federal law, including narcotics trafficking, weapons offenses, violent crime, and fraud. Prior to becoming an FBI Special Agent, I was a United States Border Patrol Agent assigned to the Laredo North Station in Laredo, Texas. As a Border Patrol Agent, my responsibilities included identifying instances of human and narcotics trafficking that often-involved violent criminal organizations and drug trafficking organizations. Accordingly, I am familiar with the ways in which gangs and drug trafficking organizations and violent criminal organizations normally operate.

4. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, officers, and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

5. Based on the facts set forth in this affidavit, there is probable cause to believe that DEONTAE MAYES has violated 18 U.S.C § 922(g), felon in possession of a firearm.

6. On October 31, 2023, the FBI Mid-Michigan Safe Streets Task Force executed a search warrant at 4146 Letcher Drive, Saginaw, Michigan.

7. During the search, the following items were located in the back right bedroom of the house: a black, SCCY CPX2, 9mm pistol with loaded magazine, a digital scale with white powder residue, a box of sandwich bags, DEONTAE MAYES' state ID, DEONTAE MAYES, a cell phone and other items.

8. DEONTAE MAYES and his mother, Janet Mayes, were the only people present at the location. When law enforcement entered the location to conduct a protective sweep, DEONTAE MAYES emerged from the back right bedroom.

9. In an interview, DEONTAE MAYES' mother, Janet Mayes, indicated that DEONTAE MAYES had stayed in the back right bedroom the previous night. She stated that the gun found in that bedroom was not hers and must belong to DEONTAE MAYES. Janet Mayes was shown the firearm that was recovered from the back right bedroom. She further denied ownership, stating that the only guns that she owns were in her bedroom (on the left) and that these guns were registered to her.

10. I have reviewed records from the Michigan Department of Corrections. DEONTAE MAYES has the following felony convictions:

    a. 2016 – delivery/manufacture marijuana

    b. 2022 – delivery/manufacture controlled substance < 50 grams

      c. 2022 - delivery/manufacture controlled substance < 50 grams

11. I have consulted with ATF Special Agent Kyle McGraw, an interstate Nexus expert, who informed me that the SCCY CPX2, 9mm pistol was not manufactured in the state of Michigan, and therefore must have travelled in interstate commerce.

12. Based on the foregoing, there is probable cause to believe that DEONTAE MAYES knowingly possessed a firearm as a prohibited person in violation of 18 U.S.C § 922(g).

      Respectfully submitted,

      _____
      Joshua Paczok
      Special Agent
      Federal Bureau of Investigation

Sworn to before me and signed in my
presence and/or by reliable electronic means.

_____
Hon. PATRICIA T. MORRIS
UNITED STATES MAGISTRATE JUDGE

Dated: October 31, 2023